# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MOLINA,<br><br>        Petitioner,<br>  v.<br><br>RAYMOND MADDEN,<br><br>        Respondent. | Case No. CV 16-05454 FMO (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 31, 2017

                                      _____/s/_____
                                          FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE